

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2022

No. 04-22-00066-CV

**IN THE INTEREST OF J.A.J.**, a child,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00153
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The trial court signed a final order of termination on January 12, 2022. Because this is an accelerated appeal, the notice of appeal was due by February 1, 2022. *See* TEX. R. APP. P. 26.1(b). A motion for extension of time to file the notice of appeal was due by February 16, 2022. *See* TEX. R. APP. P. 26.3. Appellant's notice of appeal is file-stamped February 2, 2022—within the time allowed for filing a motion for extension of time to file the notice of appeal.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). But "once the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *Id*.

Because the notice of appeal was untimely filed but within the fifteen-day grace period, we **ORDER** appellant to file a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner **by February 25, 2022**. If appellant fails to respond within the time provided, the appeal will be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(c). All other appellate deadlines are suspended until further order of this court.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court